UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

           v.                  CR. NO. S-08-566 LKK

RANDALL LEE RAHAL,

       Defendant.
_____/

UNITED STATES OF AMERICA,

       Plaintiff,

           v.                  CR. NO. S-09-034 LKK

ANTHONY RAY MANUEL,

       Defendant.
_____/

UNITED STATES OF AMERICA,

       Plaintiff,

           v.                  CR. NO. S-09-040 LKK

JAMES RICHARD WAHL, JR.,

       Defendant.
_____/

////

1 | UNITED STATES OF AMERICA,

2 |         Plaintiff,

3 |              v.                    CR. NO. S-09-062 LKK

4 | JENNIFER LOU DAHLMAN,

5 |         Defendant.
  |  _____/
6 | UNITED STATES OF AMERICA,

7 |         Plaintiff,

8 |              v.                    CR. NO. S-09-145 LKK

9 | ROBERT C. TURNER, JR.,

10 |        Defendant.
   | _____/
11 | UNITED STATES OF AMERICA,

12 |        Plaintiff,

13 |             v.                    CR. NO. S-09-351 LKK

14 | JEFFREY SHERMAN BEASLEY,

15 |        Defendant.
   | _____/
16 | UNITED STATES OF AMERICA,

17 |        Plaintiff,

18 |             v.                    CR. NO. S-09-468 LKK

19 | ALAN SCOTT HUEY,

20 |        Defendant.
   | _____/
21 | UNITED STATES OF AMERICA,

22 |        Plaintiff,

23 |             v.                    CR. NO. S-10-002 LKK

24 | MICHAEL CHAVEZ,

25 |        Defendant.
   | _____/
26 |

1    UNITED STATES OF AMERICA,

2              Plaintiff,

3                   v.                        CR. NO. S-10-059 LKK

4    STEVEN JAMES KING,

5              Defendant.
                                        /
6    UNITED STATES OF AMERICA,

7              Plaintiff,

8                   v.                        CR. NO. S-10-061 GEB

9    FREDERICK SCOTT SALYER,
                                             **RELATED CASE ORDER**
10             Defendant.
                                        /
11

12        The United States has filed a notice of related cases arguing

13   that United States of America v. Salyer, currently denominated No.

14   2:10-CR-0061-GEB, is related to nine other criminal cases presently

15   before the undersigned.  Examination of the above matters reveals

16   that they are related within the meaning of E.D. Cal. Local Rule

17   123 for the reasons set forth in the government's memorandum.

18        The parties should be aware that relating the cases under

19   Local Rule 123 merely has the result that the actions are assigned

20   to the same judge; no consolidation of the actions is effected.

21   Under the regular practice of this court, related cases are

22   generally assigned to the judge to whom the first filed action was

23   assigned.

24        IT IS THEREFORE ORDERED that the action denominated No. 2:10-

25   CR-0061-GEB is reassigned to Judge Lawrence K. Karlton for all

26   further proceedings.  Henceforth the caption on all documents filed

1  in the reassigned case shall be shown as No. 2:10-CR-0061-LKK.

2       IT IS FURTHER ORDERED that the Clerk of the Court make

3  appropriate adjustment in the assignment of criminal cases to

4  compensate for this reassignment.

5       IT IS SO ORDERED.

6       DATED:  March 3, 2010.

7

8

9  _____
   LAWRENCE K. KARLTON
10 SENIOR JUDGE
   UNITED STATES DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26