UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**



FILED
OCT 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

> RE: **Jeffrey Sherman BEASLEY**
> Docket Number: 2:09CR00351-01
> **REQUEST TO VACATE JUDGMENT AND SENTENCE DATE/SCHEDULE STATUS DATE**

Your Honor:

Defendant Jeffrey Sherman Beasley is scheduled for Judgment and Sentencing on November 30, 2010. However, both counsel have indicated defendant Beasley's case will not proceed to sentencing until the related case of defendant Frederick Scott Salyer (2:10CR00061-01) has been resolved. This matter has yet to be set for trial and is pending further status on November 19, 2010.

Per agreement with the government and defendant's counsel, it is respectfully requested the Judgment and Sentencing date in this matter be vacated, and a status date scheduled for April 26, 2011. At that time, the matter can be continued for further status or, if the parties are ready, set for a Judgment and Sentencing date, along with a disclosure schedule for the presentence report.

Respectfully submitted,

LINDA O. DILLON
United States Probation Officer

REVIEWED BY: _____
JEFFREY C. OESTREICHER
Supervising United States Probation Officer

**RE:    Jeffrey Sherman BEASLEY**
        **Docket Number:   2:09CR00351-01**
        **REQUEST TO VACATE JUDGMENT AND**
        **SENTENCE DATE/SCHEDULE STATUS DATE**


Dated:    October 26, 2010
          Sacramento, California
          LOD/sca

Attachment(s)

cc:    Matthew Dean Segal
       Assistant United States Attorney

       Randy E. Thomas
       Defense Counsel

AGREE: ✓                              DISAGREE: _____

_____        10/28/10
**LAWRENCE K. KARLTON**                  DATE
Senior United States District Judge