UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                RE:    Jeffrey Sherman BEASLEY
                      Docket Number:   2:09CR00351-01
                      <u>REQUEST TO CONTINUE STATUS DATE</u>

Your Honor:

It is respectfully requested the status date currently scheduled for April 26, 2011, be continued for further status to October 25, 2011. All parties have been notified of the new date and were anticipating a continuance of this matter based upon the status of the primary related case.

                                    Respectfully submitted,

                                         /s/
                               LINDA O. DILLON
                          United States Probation Officer

**REVIEWED BY:**        /s/
                          **JEFFREY C. OESTREICHER**
                          **Supervising United States Probation Officer**

Dated:       April 22, 2011
                Sacramento, California
                LOD/sca

cc:    Matthew Dean Segal
        Assistant United States Attorney

        Randy E. Thomas
        Defense Counsel

**RE:   Jeffrey Sherman BEASLEY**
   **Docket Number:   2:09CR00351-01**
   **REQUEST TO CONTINUE STATUS DATE**


AGREE:   ___✔___        DISAGREE:   _____

_____   April 22, 2011
**LAWRENCE K. KARLTON**                    DATE
Senior United States District Judge

2

Rev. 11/2009
MEMO ~ COURT.MRG