1 | RANDY E. THOMAS - #078411
2 | BARBARA J. THOMAS - #283318
2 | JEANNINE I. MALDONADO - #285619
  | LAW OFFICE OF RANDY E. THOMAS
3 | 18826 N. Lower Sacramento Road, Suite G
  | Post Office Box 717
4 | Woodbridge, CA 95258-0717
  | Telephone: (209) 369-9255
5 | Facsimile: (209) 369-9288

6 | Attorneys for Defendant
  | Jeffrey Sherman Beasley
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket No.:   2:09CR00351-01 |
|---|---|
| v. | **STIPULATION TO CONTINUE JUDGMENT/SENTENCING; ORDER THEREON** |
| JEFFREY SHERMAN BEASLEY. | |
| | Date: MAY 21, 2013 |
| | Time: 9:15 A.M. |
| | Dept.  4 |
| | Honorable Lawrence K. Karlton |

    THE PARTIES HERETO, by and through their counsel of record, HEREBY STIPULATE AND AGREE to continue the hearing currently set for Tuesday, May 21, 2013, 9:15 a.m., Dept. 4 to Tuesday, August 20, 2013, 9:15 a.m., Dept. 4.

Date: May 15, 2013             LAW OFFICE OF RANDY E. THOMAS


                               /s/ counsel for Jeffrey Sherman Beasly
                               RANDY E. THOMAS, Attorney for Defendant

---
Stipulation to Continue
Docket No.: 2:09CR00351-01                   1

1 | APPROVED AS TO FORM AND STIPULATED.

Date:  May 16, 2013        /s/ Matthew D. Segal
                           MATTHEW D. SEGAL
                           Assistant United States Attorney

Date:  May 16, 2013        /s/ Scott Storey
                           SCOTT STOREY
                           Senior United States Probation Officer

IT IS TO ORDERED.

Date:  May 20, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

I am over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of THE LAW OFFICE OF RANDY E. THOMAS and my business address is 18826 North Lower Sacramento Road, Suite G, Woodbridge, California 95258.  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Post Office.

On May __, 2013, I caused to be served the following document:

**STIPULATION TO CONTINUE JUDGMENT/SENTENCING AND ORDER THEREON**

**MANNER OF SERVICE**

[XX ]   **U.S. MAIL**:  By causing a true copy thereof to be served on the parties in this enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at Woodbridge, California, addressed as set forth below.

[  ]   **PERSONAL DELIVERY**: On the parties in this action by causing a copy thereof to be personally delivered by hand to the addressee(s) listed below.

[  ]   **OTHER**: On the parties in this action by causing a true copy thereof to be delivered by and/or through the services of:

☐ Federal Express  ☐ Express Mail

**PARTIES SERVED AND ADDRESSES**

Anna Tryon Pletcher
US DOJ/Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102

Tai Snow Milder
U.S. DOJ - Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102

Richard B. Cohen
DOJ/Antitrust Division
450 Golden Gate Avenue, Room 10-0101
P.O. Box 36046
San Francisco, CA 94102

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct and that this declaration was executed on May ___, 2013, at Woodbridge, California.

_____
DEBRA CLARK-NEJAK