1 | **RANDY E. THOMAS - SBN.: 078411**
**BARBARA J. THOMAS- SBN.: 283318**
2 | **JEANNINE I. MALDONADO- SBN.: 285619**
**LAW OFFICES OF RANDY E. THOMAS**
3 | **18826 N. Lower Sacramento Road, Suite G**
**Post Office Box 717**
4 | **Woodbridge, California 95258-0717**
**Telephone: (209) 369-9255**
5 | **Facsimile: (209) 369-9288**

6

7 | Attorneys for Defendant
Jeffrey Sherman Beasley

8

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Docket No.: 2:09CR00351-01 |
|---|---|
| vs. | **STIPULATION TO CONTINUE JUDGEMENT/SENTENCING; ORDER THEREON** |
| JEFFREY SHERMAN BEASLEY | Date: August 20, 2013<br>Time: 9:15 A.M.<br>Dept: 4<br>Honorable Lawrence K. Karlton |

THE PARTIES HERETO, by and through their counsel of record, HEREBY STIPULATE AND AGREE to continue the hearing currently set for Tuesday, August 20, 2013, 9:15 a.m., Dept 4 to Tuesday, February 11, 2014, 9:15 a.m., in Dept 4.

Date: August 14, 2013                           LAW OFFICE OF RANDY E. THOMAS


                                                **/s/ counsel for Jeffrey Sherman Beasley**
                                                **RANDY E. THOMAS, Attorney for Defendant**

---
Stipulation to Continue
Docket No.: 2:09CR00351-01                 1

1 | **APPROVED AS TO FORM AND STIPULATED.**

4 | **Date: August 14, 2013**                          /s/ Matthew D. Segal
                                                       **MATTHEW D. SEGAL**
                                                       **Assistant United States Attorney**

8 | **Date: August 14, 2013**                          /s/ Scott Storey
                                                       **SCOTT STOREY**
                                                       **Senior United States Probation Officer**

12 | **IT IS SO ORDERED.**

13 | **Date:  August 14, 2013**

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```