1  **RANDY E. THOMAS - SBN.: 078411**
   **BARBARA J. THOMAS- SBN.: 283318**
2  **JEANNINE I. MALDONADO- SBN.: 285619**
   **LAW OFFICES OF RANDY E. THOMAS**
3  **18826 N. Lower Sacramento Road, Suite G**
   **Post Office Box 717**
4  **Woodbridge, California 95258-0717**
   **Telephone: (209) 369-9255**
5  **Facsimile: (209) 369-9288**

6
   **Attorneys for Defendant**
7  **Jeffrey Sherman Beasley**

8
                   **UNITED STATES DISTRICT COURT**
9
                   **EASTERN DISTRICT OF CALIFORNIA**
10

11 | UNITED STATES OF AMERICA | Docket No.: 2:09CR00351-01 |
   |---|---|
12 | | **STIPULATION TO CONTINUE** |
13 | vs. | **JUDGEMENT/SENTENCING; ORDER THEREON** |
14 | JEFFREY SHERMAN BEASLEY | |
15 | | Date: February 20, 2014 |
   | | Time: 9:15 A.M. |
   | | Dept: 4 |
16 | | Honorable Lawrence K. Karlton |

17

18     **THE PARTIES HERETO,** by and through their counsel of record, **HEREBY**

19 **STIPULATE AND AGREE** to continue the hearing currently set for Thursday, February 20,

20 2014, at 9:15 a.m., in Dept 4 to March 11, 2014, at 9:15 a.m., in Dept 4 with the understanding

21 that there will be no further continuances regarding this matter.

22 **Date: February 14, 2014**               **LAW OFFICE OF RANDY E. THOMAS**
23
24                                           **/s/ counsel for Jeffrey Sherman Beasley**
25                                           **RANDY E. THOMAS, Attorney for Defendant**

26
27
28 _____

Stipulation to Continue
Docket No.: 2:09CR00351-01                    1

**APPROVED AS TO FORM AND STIPULATED.**

Date: February 14, 2014              /s/ Matthew D. Segal_____
                                     **MATTHEW D. SEGAL**
                                     **Assistant United States Attorney**


Date: February 14, 2014               /s/ Hugo Ortiz_____
                                      **HUGO ORTIZ**
                                      **Supervising  United States Probation Officer**


**IT IS SO ORDERED.**

Date:   February 19, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation to Continue
Docket No.: 2:09CR00351-01                    2