RANDY E. THOMAS - SBN.: 078411
BARBARA J. THOMAS- SBN.: 283318
JEANNINE I. MALDONADO- SBN.: 285619
LAW OFFICES OF RANDY E. THOMAS
18826 N. Lower Sacramento Road, Suite G
Post Office Box 717
Woodbridge, California 95258-0717
Telephone: (209) 369-9255
Facsimile: (209) 369-9288

**Attorneys for Defendant**
**Jeffrey Sherman Beasley**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>JEFFREY SHERMAN BEASLEY,<br><br>　　　　Defendant. | Docket No.: 2:09-CR-00351-TLN<br><br>STIPULATION TO CONTINUE HEARING, ORDER THEREON<br><br>Date: October 9, 2014<br>Time: 9:30 a.m.<br>Dept: 2<br>Honorable Troy L. Numley |

THE PARTIES HERETO, by and through their counsel of record, HEREBY STIPULATE AND AGREE to continue the hearing currently set for Thursday, October 9, 2014 at 9:30 a.m. in Dept. 2 to Thursday, February 26, 2015 at 9:30 a.m. in Dept 2.

　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF RANDY E. THOMAS

Date: October 1, 2014　　　　　　　　　/s/ counsel for Jeffrey Sherman Beasley
　　　　　　　　　　　　　　　　　　　　RANDY E. THOMAS
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

APPROVED AS TO FORM AND STIPULATED.

Date:  October 1, 2014                               /s/ Matthew D. Segal
                                                     MATTHEW D. SEGAL
                                                     Assistant United States Attorney



Date:  October 1, 2014                                /s/ Scott Storey
                                                     SCOTT STOREY
                                                     Senior United States Probation Officer



IT IS SO ORDERED.

Dated:  October 2, 2014

                                                     _____
                                                     Troy L. Nunley
                                                     United States District Judge