1  RANDY E. THOMAS - SBN.: 078411
   BARBARA J. THOMAS- SBN.: 283318
2  JEANNINE I. MALDONADO- SBN.: 285619
   LAW OFFICES OF RANDY E. THOMAS
3  18826 N. Lower Sacramento Road, Suite G
   Post Office Box 717
4  Woodbridge, California 95258-0717
   Telephone: (209) 369-9255
5  Facsimile: (209) 369-9288

6  Attorneys for Defendant,
   Jeffrey Sherman Beasley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Docket No.: 2:09-CR-00351-TLN |
|---|---|
| Plaintiff, v. | **STIPULATION TO CONTINUE HEARING, ORDER THEREON** |
| JEFFREY SHERMAN BEASLEY, Defendant. | Date: February 26, 2015<br>Time: 9:30 a.m.<br>Dept: 2<br>Honorable Troy L. Nunley |

THE PARTIES HERETO, by and through their counsel of record, HEREBY STIPULATE AND AGREE to continue the hearing currently set for Thursday, February, 26 2015 at 9:30 a.m. in Courtroom 2 to Thursday, July, 30, 2015 at 9:30 a.m. in Courtroom 2.

                                                          **LAW OFFICE OF RANDY E. THOMAS**

**Date: February 20, 2015**                               **/s/ Randy E. Thomas**
                                                          **RANDY E. THOMAS**
                                                          *Attorney for Defendant*

---

Stipulation to Continue
Docket No.: 2:09CR00351-01                    1

**APPROVED AS TO FORM AND STIPULATED.**

**Date:  February 20, 2015**                               /s/ Matthew D. Segal
                                                           **MATTHEW D. SEGAL**
                                                           **Assistant United States Attorney**


**Date:  February 20, 2015**                                /s/ Scott Storey
                                                           **SCOTT STOREY**
                                                           **Senior United States Probation Officer**


      **IT IS SO ORDERED.**

**Date:  February 20, 2015**

                                                           Troy L. Nunley
                                                           United States District Judge

---

Stipulation to Continue
Docket No.: 2:09CR00351-01                 2