UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SHERMAN BEASLEY,<br><br>Defendant. | No.  No. 2:09-cr-0351 TLN<br><br><br>ORDER SETTING STATUS CONFERENCE |

It has come to the court's attention that this matter has been referred to the undersigned for findings and recommendations regarding restitution, if any, to be ordered.  (ECF No. 46.)

Accordingly, the matter is now scheduled for a status conference before the undersigned on July 29, 2015, at 11:00 a.m.  The parties may appear at the status conference telephonically.  To arrange telephonic appearance, counsel shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours in advance.  At the status conference, counsel shall be prepared to discuss whether additional briefing on the referred issue is necessary, a schedule for any such briefing, whether an evidentiary hearing is necessary and anything else that will assist the court in addressing the issue referred.[1]  The parties may elect to

/////

---

[1] The defendant's appearance is unnecessary for this purpose.

1  file brief status reports addressing these matters by July 24, 2015, but they are not required to do
2  so.
3       IT IS SO ORDERED.
4  Dated:  July 1, 2015

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.crim
Beasley09cr0351.o.status

2