HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
JEFFREY SHERMAN BEASLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR S. 09-0351-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER Re: EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | ) |
| JEFFREY SHERMAN BEASLEY, | ) Date: July 28, 2016 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Jeffrey Sherman Beasley, that the Court should grant Mr. Beasley's motion filed June 23, 2016 (docket no. 54) to terminate supervised release. Should the Court adopt this stipulation, the parties agree that the hearing on the motion (scheduled for July 28, 2016) may be vacated.

Counsel for the United States reviewed the motion and advised defense counsel that the government is willing to stipulate to early termination of Mr. Beasley's supervised release. As noted in the motion, the probation office also supports early termination of supervision in light of Mr. Beasley's progress under supervision, as documented in the motion and supporting exhibits.

///

///

///

///

Consequently, the parties ask the Court to grant the motion and vacate the scheduled hearing.

Dated: July 25, 2016

                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ RACHELLE BARBOUR*
                                RACHELLE BARBOUR
                                Attorney for Defendant
                                JEFFREY SHERMAN BEASLEY

Dated:  July 25, 2016                  PHILLIP TALBERT
                                Acting United States Attorney


                                /s/ Jared Dolan_____
                                JARED DOLAN
                                Assistant United States Attorney

**O R D E R**

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges JEFFREY SHERMAN BEASLEY for the reasons set forth above and in Mr. Beasley's motion for early termination filed at Docket #54. The hearing on July 28, 2016 is hereby VACATED.

Dated: July 26, 2016

_____
Troy L. Nunley
United States District Judge